UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No: 3:12-CR-7(01) RM |
| ) | |
| JOSHUA SCHERRBAUM ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on January 30, 2012 [Doc. No. 7]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Joshua Scherrbaum's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED:  February 22, 2012

/s/ Robert L. Miller, Jr.
Judge
United States District Court